**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOURTHERN DIVISION**

WILLIAM T. FOY,

    Petitioner,                    Civil No. 05-CV-70284-DT
                                     HONORABLE GEORGE CARAM STEEH
v.                               UNITED STATES DISTRICT JUDGE

PAUL RENICO,

    Respondent,
_____/

**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE A TRAVERSE OR REPLY BRIEF TO THE RESPONDENT'S ANSWER.**

    Petitioner filed a petition for writ of habeas corpus with this Court on January 27, 2005, pursuant to 28 U.S.C. § 2254.  Respondent subsequently filed an answer to the petition.  Petitioner has filed a motion to delay decision and notice of traverse, which the Court construes as a motion for an extension of time to file a traverse or reply brief to the answer to the petition for writ of habeas corpus.

    The Court will give petitioner forty five days from the date of this order to file a traverse or reply brief to the respondent's answer, if he so chooses.  Rule 5(e) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 states that a habeas petitioner "may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." *See Baysdell v. Howes,* 2005 WL 1838443, * 4 (E.D. Mich. August 1, 2005).

1

## II. ORDER

IT IS HEREBY ORDERED That Petitioner shall have **forty five days** from the date of this order to file a traverse or reply brief.

s/George Caram Steeh

GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 17, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee

Secretary/Deputy Clerk