## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WILLIAM T. FOY,

     Petitioner,                        Civil No. 05-CV-70284-DT
                                         HONORABLE GEORGE CARAM STEEH
v.                                   UNITED STATES DISTRICT JUDGE

PAUL RENICO,

     Respondent,

_____/

### **JUDGMENT**

      The above entitled matter having come before the court on a Petition for Writ of Habeas Corpus, and in accordance with the Opinion and Order entered on October 31, 2005.

      IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

      IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                                BY: s/Josephine Chaffee
                                   DEPUTY COURT CLERK

Dated: October 31, 2005
      Detroit, Michigan